# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

Keith A. Smith, and
Britta L. Smith,

      Plaintiffs,

v.

BlueCross BlueShield of Minnesota,

      Defendant.

Case No. 3:22-cv-00618-jdp

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Keith A. Smith and Britta L. Smith, and Defendant, Blue Cross and Blue Shield of Minnesota,[1] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed without prejudice and without costs or attorneys' fees to either party.

---

[1] Defendant was incorrectly named in the Complaint as BlueCross BlueShield of Minnesota.

                           Respectfully submitted,

                           NILAN JOHNSON LEWIS PA

Dated:  December 6, 2022        By:  *s/ Brandie Morgenroth*
                                   Brandie Morgenroth (WI Reg. No. 0396155)
                                   William D. Hittler (WI Reg. No. 1029038)
                                   250 Marquette Avenue South, Suite 800
                                   Minneapolis, MN 55401
                                   Phone:  612-305-7559
                                   Fax:  612-305-7501
                                   Email: bmorgenroth@nilanjohnson.com
                                   Email: whittler@nilanjohnson.com

                         Attorneys for Defendant
                         Blue Cross and Blue Shield of Minnesota

                         GONDIK LAW, S.C.

Dated:  December 6, 2022        By:  *s/ Garrett M. Gondik*
                                   Garrett M. Gondik (WI Reg. No. 1114261)
                                   1215 Belknap Street
                                   Superior, WI 54880
                                   Phone:  715-395-3180
                                   Email: richardgondik@gmail.com

                         Attorneys for Plaintiffs